**Order filed December 1, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00756-CV
_____

**STANLEY COLE, Appellant**

**V.**

**EXXON MOBIL CORPORATION, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-56144**

## O R D E R

The clerk's record was filed November 1, 2022. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- November 19, 2019 Notice of Non-Suit of Empire Abrasive Equipment Co., L.P.

- October 7, 2021 Notice of Non-Suit of The Quickcrete Cos., LLC

- March 3, 2022 Notice of Non-Suit of 3M Co.

- April 15, 2022 Notice of Non-Suit of Specialty Sand Company

- November 18, 2022 Trial Court Order Confirming Disposition of All Defendants

The Harris County District Clerk is directed to file a supplemental clerk's record on or before December 15, 2022, containing the above listed items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan